Argued and submitted August 6, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

GREGORY ALAN ROBBEN,
*Defendant-Appellant.*

Lincoln County Circuit Court
051381; A130718

174 P3d 1116

Jesse Wm. Barton argued the cause and filed the briefs for appellant.

Robert M. Atkinson, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Rodriguez*, 217 Or App 24, 175 P3d 471 (2007).